[DO NOT PUBLISH]

In the

# United States Court of Appeals

## For the Eleventh Circuit

————————————

No. 24-13571

Non-Argument Calendar

————————————

KETWON WESTMORELAND,

Plaintiff-Appellant,

*versus*

WARDEN, JOHNSON SP

Respondent-Appellee.

————————————

Appeal from the United States District Court
for the Northern District of Georgia
D.C. Docket No. 1:23-cv-02465-LMM

————————————

2                        Opinion of the Court                    24-13571

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Ketwon Westmoreland, proceeding *pro se*, appeals from the district court's July 14, 2023, final judgment dismissing this action. However, the operative notice of appeal, which is deemed filed on October 22, 2024, under the prison mailbox rule, is untimely to appeal that judgment. *See Green v. Drug Enf't Admin.*, 606 F.3d 1296, 1300 (11th Cir. 2010); 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a)(1)(A), 4(c)(1), 26(a)(1); *Jeffries v. United States*, 748 F.3d 1310, 1314 (11th Cir. 2014). There is no basis in the record for relief under Fed. R. App. P. 4(a)(5) or 4(a)(6). *See* Fed. R. App. P. 4(a)(5), (a)(6); 28 U.S.C. § 2107(c); *Sanders v. United States*, 113 F.3d 184, 187 (11th Cir. 1997).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.